IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NOAH TOMKINSON<br><br>*Plaintiff,*<br><br>v.<br><br>IHEARTMEDIA INC.<br><br>*Defendant.* | Case No. 5:24-cv-00695-XR |

## NOTICE OF SETTLEMENT

TO THE HONORABLE XAVIER RODRIQUEZ (U.S.D.J.):

**MAY IT PLEASE THE COURT,** plaintiff Noah Tomkinson ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court adjourn all pending dates and grant the parties forty-five (45) days to consummate their transaction before filing a Notice of Dismissal. No other dates will be impacted by this request. Defendant consents to the filing of this Notice.

Respectfully submitted,

**SANDERS LAW GROUP**

/s/*James H. Freeman/*
James H. Freeman, Esq.
NY State Bar No.: 4001533
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jfreeman@sanderslaw.group

## CERTIFICATE OF SERVICE

      Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on October 14, 2024

                                            /s/jameshfreeman/
                                            James H. Freeman